PAN-AMERICAN LIFE INSURANCE CO. *v.*
RODRIGUEZ ET AL.

No. 67.   Decided April 6, 1964.

*William A. Gillen* for petitioner.

*John P. Corcoran, Jr.* for respondents.

PER CURIAM.

The petition for writ of certiorari is granted.   The judgment is vacated and the case is remanded to the United States Court of Appeals for the Fifth Circuit for further consideration in light of *Banco Nacional de Cuba* v. *Sabbatino, ante,* p. 398.

J. B. ACTON, INC., *v.* UNITED STATES ET AL.

No. 726.   Decided April 6, 1964.

*James W. Wrape, Robert E. Joyner* and *Harold G. Hernly* for appellant.

*Solicitor General Cox, Assistant Attorney General Orrick, Robert B. Hummel, Robert W. Ginnane* and *Francis A. Silver* for the United States et al.

PER CURIAM.

The motion to affirm is granted and the judgment is affirmed.